In the Matter of the Compensation of
Garrett W. Crawford, Claimant.
MENASHA CORPORATION
and Lumbermans Mutual Casualty Company,
*Petitioners,*

*v.*

Garrett W. CRAWFORD,
*Respondent.*

(98-03327; CA A105040)

988 P2d 451

Jerald P. Keene argued the cause and filed the brief for petitioners.

Michael Stebbins argued the cause and filed the brief for respondent.

Before Edmonds, Presiding Judge, and Armstrong and Kistler, Judges.

PER CURIAM

Reversed and remanded for reconsideration in light of *Fred Meyer, Inc. v. Bundy,* 159 Or App 44, 978 P2d 385, *rev allowed* 329 Or 318 (1999).